IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**U-HAUL CO OF ARIZONA, INC.,** *et al.*                                    **PLAINTIFFS**

v.                         CASE NO.  2:23-CV-00029-BSM

**ANDRE CLARK,** *et al.*                                                   **DEFENDANTS**

### ORDER

Plaintiffs' motion for default judgment [Doc. No. 32] is granted. Defendants Markus Carpenter and James Holmes, Jr. were served in April 2023.  Doc. Nos. 6 and 7.  Defendants Andre Clark, Polly Jiles, and Angel Fonzie, as parent of Kyley Roddy and Michael Seals III, were served by warning order in February 2024.  Doc. No. 26.   No defendant has responded. A clerk's default was entered against these defendants on April 12, 2024.[1]  Doc. No. 31. Judgment is therefore entered in favor of U-Haul Co. of Arizona, Inc., and U-Haul Co. of Georgia, Inc., and against Carpenter, Holmes Jr., Clark, Jiles, and Fonzie as follows: (1) plaintiffs have no duty to defend or indemnify Clark in any lawsuit or claim arising out of the alleged accident on June 16, 2021; (2) defendants are not entitled to any damages or benefits from plaintiffs arising out of the alleged accident; (3) U-Haul Rental Contract No. 28137924 is rescinded and declared void ab initio; (4) Clark breached the contract; and (5) Clark is not entitled to any collision coverage or benefits under the automobile liability coverage issued as part of the contract.

---

[1] A clerk's default was also entered against Michael Seals III, but Seals is Fonzie's minor child.  *See* Compl. ¶8.

Plaintiffs' claims against James Holmes, Sr., individually and as parent of Ty'Juan Holmes, are dismissed because Holmes Sr. was not served before his death last year. *See* Doc. No. 13.

IT IS SO ORDERED this 29th day of April, 2024.

_____
UNITED STATES DISTRICT JUDGE

3

3